UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chandra BROCKMAN, et al.,<br><br>                        Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br><br>                        Defendants. | Case No.: 22-cv-0512-AGS-BLM<br><br>**ORDER GRANTING MOTIONS TO SEAL (ECF 65 & 72)** |

      The parties move to seal body-worn camera footage, attached as exhibits to their motions for summary judgment. (*See* ECF 65; ECF 72.) To "seal judicial records attached to a dispositive motion," the moving party "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (cleaned up). This rule applies "even if the dispositive motion, or its attachments, were previously filed under seal or protective order." *Id.* at 1179.

      The parties request sealing the footage because it includes personally identifiable information from some of the witnesses and contains footage of the minor children of a witness. To mitigate the loss of access to the public, the parties have prophylactically provided redacted transcripts which contain the entirety of the unprotectable discussion captured by the body-worn cameras. The Court agrees that personally identifiable information is contained on the footage—including both witness statements but also license plates and other visual cues—which could be misused if it was on the public record. So the motions are **GRANTED**. The Clerk will seal the body-worn camera footage.

Dated:  March 26, 2025

                                                             _____
                                                             Hon. Andrew G. Schopler
                                                             United States District Judge